UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYU-TAE JIN, individually, <br><br> Plaintiff, <br><br> v. <br><br> GEICO ADVANTAGE INSURANCE COMPANY, a foreign insurance company <br><br> Defendant. | CASE NO. 2:22-cv-1714 <br><br> ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE |

  This matter comes before the Court on the Parties' Stipulated Motion to Continue Case Schedule. Dkt. No. 22. The Parties request approximately 60 additional days to complete discovery, but they do not seek a trial continuance.

  In light of the pending ruling on Defendant's motion for summary judgment and the Parties' stated interests in settlement talks, the Court finds good cause to modify the case schedule and GRANTS the Parties' stipulated motion to continue the case schedule.

  The dates below will be modified like so:

ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE - 1

|  | Prior Deadline | Amended Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | October 18, 2023 | December 18, 2023 |
| Deadline for filing motions related to discovery | November 17, 2023 | January 17, 2024 |
| Discovery completed by | December 18, 2023 | February 18, 2024 |

All other deadlines from the March 21, 2023, scheduling order will remain the same. Dkt. No. 10.

Dated this 11th day of October, 2023.

                                                          _____
                                                          Jamal N. Whitehead
                                                          United States District Judge

ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE - 2