1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYU-TAE JIN,<br><br>Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:22-cv-1714<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On December 14, 2023, Plaintiff filed a notice of settlement. Dkt. No. 27. The Court strikes the remaining hearings, deadlines, pending motions, and trial date. The Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 45 days of entry of this order.

Dated this 21st day of December 2023.

MINUTE ORDER - 1

Ravi Subramanian

Clerk

*/s/Kathleen Albert*

Deputy Clerk

MINUTE ORDER - 2