UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYU-TAE JIN,<br><br>                    Plaintiff,<br><br>     v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br>                    Defendant. | CASE NO. 2:22-cv-1714<br><br>ORDER OF DISMISSAL |

Pursuant to the parties' stipulation and the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is directed to CLOSE this case.

Dated this 30th day of January, 2024.

Jamal N. Whitehead
United States District Judge

ORDER OF DISMISSAL - 1